**FILED**

DISTRICT COURT OF GUAM
MAR 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

# United States District Court

FOR THE _____ **DISTRICT OF** _____ GUAM

UNITED STATES OF AMERICA

v.

DAWN M. SAVOCA

Defendant(s).

## WAIVER OF INDICTMENT

**Case Number:** 05-00029

I, _____ DAWN M. SAVOCA _____ the above-named defendant, who is accused of

THEFT AND EMBEZZLEMENT OF FUNDS, in violation of Title 9, Guam Code Annotated, Sections 43.20 & 43.30, and Title 18, United States Code, Section 13.

**FILED**

DISTRICT COURT OF GUAM

MAR 3 0 2005

**MARY L.M. MORAN
CLERK OF COURT**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waived in open court on _____ 3-30-2005 _____ prosecution by indictment and consenting

that the proceeding may be by information rather than by indictment.

_____
DAWN M. SAVOCA
*Defendant*

_____
JOHN T. GORMAN
*Counsel for Defendant*

Before: _____
*Judicial Officer*
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL

Electronically produced by Glenda Abelman, USAO, EDNY