ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 30 2005
MARY L.M. MORAN
CLERK OF COURT

dsavocainf

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00029 |
| Plaintiff, | INFORMATION |
| vs. | THEFT AND EMBEZZLEMENT OF FUNDS |
| DAWN MICHELLE SAVOCA, | [9 GCA §§ 43.20, 43.30 and 18 USC § 13] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about the October 2004 through February 2005, in the District of Guam, the defendant, DAWN MICHELLE SAVOCA, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did commit a felony of the third degree and did knowingly and unlawfully convert funds in excess of $500 but less than $1,500, for her own use from the Navy Marine Corps Relief Society, a private charitable organization, all in violation of Guam Code, Title 9, Sections 43.20, 43.30 and Title 18, United States Code, Section 13.

DATED this 30th day of March 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney