# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00029**      **DATE: 03/30/2005**      TIME: 2:44 p.m.

④

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 2:44:12 - 3:10:46

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente / J. Lizama

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: DAWN MICHELE SAVOCA**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.

**ATTY: JOHN GORMAN**
( ) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: STEVE CHIAPPETTA**

**AGENT:**

**U.S. PROBATION: STEVE GUILLIOTT**

**U.S. MARSHAL: P. RABINA / R. LUMAGUI**

**PROCEEDINGS: INITIAL APPEARANCE / WAIVER OF INDICTMENT
FILING OF INFORMATION / PLEA**

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER , ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: 29     HIGH SCHOOL COMPLETED: High School
(X) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) GUILTY ( ) NOT GUILTY - TO: THEFT AND EMBEZZLEMENT OF FUNDS
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT SEALED
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

(X) SENTENCING DATE: JUNE 27, 2005   at  10:15 A.M.   ( ) STATUS HEARING:_____ at _____
(X) PRESENTENCE REPORT ORDERED AND DUE: MAY 23, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR:_____
PROCEEDINGS CONTINUED TO: _____ at _____
(X) DEFENDANT TO BE RELEASED ON BOND (See Attached Condtions)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )PROCESSING ( )DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter her plea before a U.S. Magistrate Judge. Waiver of indictment executed.
Defendant entered her plea of guilty without a written plea agreement. The Court signed the report and
recommendation concerning defendant's plea of guilty. The Court corrected defendant's middle name
to read "Michele". Defense requested to amend the recommended pretrial release conditions to reflect
that defendant "refrain from excessive use of alcohol" instead of "any" and to remove the condition that
defendant stay 500' away from any military installation since this condition is currently imposed by the
military. No objection. GRANTED.