FILED
DISTRICT COURT OF GUAM
MAR 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>DAWN MICHELE SAVOCA,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00029<br><br>**REPORT AND RECOMMENDATION<br>CONCERNING PLEA OF GUILTY<br>IN A FELONY CASE** |

    The Defendant, by consent, has appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to an Information charging her with Theft and Embezzlement of Funds, in violation of 18 U.S.C. § 13 and 9 GUAM CODE ANN. §§ 43.20 and 43.30. After examining the Defendant under oath, I have determined that the Defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I therefore

///
///
///
///
///

recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED this 30th day of March 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**