JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DAWN MICHELLE SAVOCA



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00029 |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE<br>) REPORT; CERTIFICATE OF SERVICE |
| vs. | ) |
| DAWN MICHELLE SAVOCA, | ) |
| Defendant. | ) |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, DAWN MICHELLE SAVOCA, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, May 25, 2005.

JOHN T. GORMAN
Attorney for Defendant
DAWN MICHELLE SAVOCA

## CERTIFICATE OF SERVICE

I, , hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on May 25, 2005:

STEVE CHIAPETTA
Assistant United States Attorney
Suite 600, Sirena Plaza Bldg
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

CARMEN O'MALLAN
U.S. Probation Officer Specialist
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, May 25, 2005.

Alexander Modaber
Investigator

JOHN T. GORMAN
Attorney for Defendant
DAWN MICHELLE SAVOCA