JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DAWN MICHELLE SAVOCA

**FILED**
DISTRICT COURT OF GUAM
JUN - 2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00029 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | EXPEDITING SENTENCING DATE |
| vs. ) | |
| ) | |
| DAWN MICHELLE SAVOCA, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER EXPEDITING SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for June 27, 2005 at 10:15 a.m. be moved forward approximately two weeks to the week of June 13-June 17, 2005, or a date convenient for the Court's calendar.

The parties request this new Sentencing date as it appears there will be no District Court Judge available for the June 27, 2005 date.

//

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 26, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
DAWN MICHELLE SAVOCA

_____
STEVE CHIAPPETTA
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

IT IS APPROVED AND SO ORDERED that the Sentencing Hearing currently scheduled for June 27, 2005, at 10:15 a.m. be rescheduled to June **15**, 2005, at **10:00 a**.m.:

DATED: Hagatna, Guam, **6/2/2005**.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District of Guam

**RECEIVED**
JUN - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2