AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA,

V.

DAWN MICHELLE SAVOCA

**NOTICE**

CASE NUMBER: 05-00029

---

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

---

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

---

X **TAKE NOTICE** that the sentencing hearing in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME<br>PREVIOUSLY<br>SCHEDULED<br>Wednesday, June 15, 2005 at 10:00 a.m | CONTINUED TO DATE<br>AND TIME<br><br>Thursday, June 16, 2005 at 11:00 a..m. |
|---|---|---|

MARY L. M. MORAN
CLERK OF COURT

(BY) DEPUTY CLERK

June 13, 2005
DATE

ACKNOWLEDGED RECEIPT

TO: Stephen Chiappetta —    Federal Public Defender — By:
Date:

USPO    USMS
ACKNOWLEDGED RECEIPT    ACKNOWLEDGED RECEIPT
By:    By:
Date:    Date: