dawnsavoca5k

LEONARDO M. RAPADAS
United States Attorney
STEVE A. CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 1 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00029 |
| Plaintiff, | GOVERNMENTS MOTION FOR 5K1.1 DOWNWARD DEPARTURE |
| vs. | |
| DAWN MICHELLE SAVOCA, | |
| Defendant. | |

The United States, moves this Honorable Court pursuant to USSG § 5K1.1 and 18 U.S.C. 3553(e), respectively, for a one (1) level downward departure to a level 7 in the case of DAWN SAVOCA which would warrant a prison sentence of 2-8 months.

Defendant DAWN SAVOCA provided information of value in the investigation of another individual involved with a fraud perpetrated on the Navy Marine Corps Relief Society, a

//
//
//
//

private charitable organization. The Government requests an opportunity to brief the Court in full on the specifics of this cooperation at the time of sentencing.

RESPECTFULLY SUBMITTED this __13__ day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE A. CHIAPPETTA
Special Assistant U.S. Attorney