JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DAWN MICHELLE SAVOCA



FILED
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00029 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) EXTENDING SENTENCING DATE |
| vs. | ) |
| DAWN MICHELLE SAVOCA, | ) |
| Defendant. | ) |

## STIPULATION AND ORDER EXTENDING SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for Thursday, June 16, 2005, at 11:00 a.m. be rescheduled for Friday, June 17, 2005, at 11:00 a.m.

The parties request this new Sentencing Hearing date so as to allow defendant's husband to attend the hearing. Sentencing was originally scheduled for Wednesday, June 15, 2005, and the defendant's husband changed his work schedule so he could attend. When the Sentencing Hearing was rescheduled to June 16, 2005, defendant's husband was unable to re-change his work

schedule to attend.

        IT IS SO STIPULATED:

        DATED: Mongmong, Guam, June 15, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
DAWN MICHELLE SAVOCA

_____
STEVE CHIAPPETTA
Attorney for Plaintiff
UNITED STATES OF AMERICA


        IT IS APPROVED AND SO ORDERED that the Sentencing Hearing scheduled for Thursday, June 16, 2005, at 11:00 a.m. be continued to Friday, June 17, 2005, at 10:30 a.m.:

        DATED: Hagatna, Guam, 6/16/05.

_____
The Honorable RICARDO S. MARTINEZ
United States District Judge



RECEIVED
JUN 15 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2