**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202

**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992



July 10, 2006

**FILED**
DISTRICT COURT OF GUAM
JUL 11 2006
MARY L.M. MORAN
CLERK OF COURT

Designated Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: SAVOCA, Dawn M.
USDC Cr. Cs. No.: 05-00029-001

**TRANSFER OF JURISDICTION REQUEST**

Dear Judge:

    Dawn Michele Savoca was sentenced by the Honorable Ricardo S. Martinez in the District of Guam on June 17, 2005, for Theft and Embezzlement of Funds, in violation of Title 9, Guam Code Annotated, Sections 43.20, 43.30 and Title 18, United States Code, Section 13. She was ordered to serve 30 days imprisonment and three years of supervised release under the following conditions: that she refrain from any unlawful use of a controlled substance; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; participate in a mental health treatment program approved by the probation office; not incur any credit charges or open new lines of credit without the approval of the probation officer; provide the probation officer access to any requested financial information; and not be in any capacity as an employer or employee which may involve the collection of cash or sales receipts without the approval of the probation officer. Ms. Savoca was also ordered to pay a $100 special assessment fee; submit to a drug test within 15 days of release from imprisonment and two periodic tests thereafter; and submit to DNA collection in addition to the mandatory conditions of supervision.

On July 16, 2005, Ms. Savoca was released from custody. Additionally, she submitted to DNA collection on July 20, 2005, and paid her $100 special assessment fee on July 25, 2005. On July 26, 2005, the Northern District of Ohio accepted the transfer of supervision of Ms. Savoca's case.

On June 27, 2006, our office received a request from the U.S. Probation Office in the Northern District of Ohio, requesting the transfer of jurisdiction in this case. This Officer, therefore, respectfully requests that the Transfer of Jurisdiction to the U.S. District Court, Northern District of Ohio, be approved.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File