| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | CR 05-00029-001 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dawn M. Savoca<br>c/o Nora A. Riley<br>U.S. Probation Officer<br>Northern District of Ohio<br>801 W. Superior Ave, Ste. 3-100<br>Cleveland, Ohio 44113-1850 | Guam | |
| | NAME OF SENTENCING JUDGE | |
| | Ricardo S. Martinez, Designated U.S. District Judge | |
| | DATES OF SUPERVISED | FROM<br>July 16, 2005 | TO<br>July 15, 2008 |

OFFENSE

THEFT AND EMBEZZLEMENT OF FUNDS, 9 GCA §§ 43.20, 43.30 and 18.10 § 1

**FILED**
DISTRICT COURT OF GUAM
FEB 13 2007
MARY L.M. MORAN
CLERK OF COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _N/A_ DISTRICT OF _Guam_

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Ohio** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_July 28, 2006_
Date

_/s/ James Ware_
JAMES WARE, Designated U.S. District Judge
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR **Northern** DISTRICT OF **Ohio**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/31/2007_
Effective Date

_/s/ Solomon Oliver_
United States District Judge

**ORIGINAL**