# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

February 14, 2007

Ms. Geri M. Smith
Clerk
United States District Court
2-161 Carl B. Stokes United States
 Court House
801 West Superior Avenue
Cleveland, OH 44113

**Re:** Our Criminal Case Nr. 05-00029
U.S.A. - vs - **Dawn Michele Savoca**

Dear Ms. Smith:

Pursuant to the Transfer of Jurisdiction and Order filed February 13, 2007, the following certified copies are attached:

1. Waiver of Indictment, filed March 30, 2005
2. Information, filed March 30, 2005
3. Minute Entry - Initial Appearance / Waiver of Indictment / Filing of Information and Plea, filed March 30, 2005
4. Minute Entry - Sentencing, filed June 17, 2005
5. Judgment, filed June 17, 2005
6. Transfer of Jurisdiction and Order, filed February 13, 2007
7. Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter. Also, enclosed for your convenience is a self-addressed envelope.

Sincerely,

Leilani R. Toves Hernandez
Deputy Clerk

Enclosures